JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 754 -- In re American Saw & Mfg. Company Trademark Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/01/26 | 1 | BRIEF, SCHEDULE (A-1 - A-4) EXHIBITS AND CERT. OF SERVICE -- Defts. American Saw & Mfg. Company -- SUGGESTED TRANSFEREE COURT: Eastern District of New York  (paa) |
| 88/02/05 | | APPEARANCES: MICHAEL E. HUSMANN, ESQ. for Milwaukee Electrical Tool Corp., JANET DORE, ESQ. for American Saw & Manufacturing Co., LANCE W. CHANDLER, ESQ. for Robert Bosch Power Tool Corp., CHARLES C. WINCHESTER, ESQ. for Rule Industries, Inc. (tmq) |
| 88/02/10 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/11 | 2 | RESPONSE (to pldg. #1) -- Milwaukee Parties' -- w/motion, brief and cert. of svc. (tmq) |
| 88/02/11 | 3 | RESPONSE (to pldge. #1) -- Plaintiff Rule Industries, Inc. -- w/cert. of svc. (tmq) |
| 88/02/12 | 4 | RESPONSE (to pldg. #1) -- Pltf. Robert Bosch Power Tool Corporation -- W/Memorandum, exhibits 1 & 2 and cert. of svc. (paa) |
| 88/02/17 | 5 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- GRANTED TO AMERICAN SAW TO AND INCLUDING FEBRUARY 24, 1988  (cds) |
| 88/02/24 | 6 | REPLY -- (MOVANTS American Saw & Manufacturing Co. -- W/Exhibit 30 and cert. of svc.  (paa) |
| 88/03/25 | | HEARING APPEARANCES: (For Hearing on 3/25/88 in San Francisco, California) -- JANET DORE, ESQ. for American Saw & Mfg. Company; MICHAEL E. HUSMANN, ESQ. for Milwaukee Electric Tool Corporation, Amstar Corporation & Milford Products Corporation; LANCE W. CHANDLER, ESQ. for Robert Bosch Power Tool Corporation; CHARLES C. WINCHESTER, ESQ. for Rule Industries, Inc.  (paa) |

JPML FORM 1A

B.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/04/14 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the D. Massachusetts to the Hon. David S. Nelson for pretrial proceedings (rh) |
| 88/04/14 | | TRANSFER ORDER -- transferring A-1, A-2 and A-3 to the D. Massachusetts pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 754 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re American Saw & Mfg. Company Trademark Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 25, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 14, 1988 | TO | Unpublished | D. Massachusetts | Hon. David S. Nelson | |

Special Transferee Information

DATE CLOSED: 9/18/89

4-14-88
9-18-89

JPML FORM 1          LISTING OF INVOLVED ACTIONS         Hon. David S. Nelson
                                                                                D. Massachusetts

DOCKET NO. 754 -- IN RE AMERICAN SAW & MFG. COMPANY TRADEMARK LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Milwaukee Electrical Tool Corporation v. American Saw & Mfg. Company | Wis., E. Reynolds | 87-C-1188 | 4-14-88 | | 5/16/89 D | |
| A-2 | American Saw & Mfg. Company v. Amstar Corporation, et al. | N.Y., E. Platt | 87-3504 (TCP) | 4-14-88 | | 5/16/89 D | |
| A-3 | Robert Bosch Power Tool Corporation v. American Saw & Mfg. Company | N.C., E. Dupree | 87-113 Civ-4 | 4-14-88 | | 6/9/89 D | |
| A-4 | Rule Industries, Inc. v. American Saw & Mfg. Company | D. Mass. Nelson | 87-2595-N | | | 9/18/89 D | |

July 1989 - 4 Pending
July 1990 - 4 Dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 754 -- IN RE AMERICAN SAW & MFG. COMPANY TRADEMARK LITIGATION

---

MILWAUKEE ELECTRICAL TOOL CORP.
(A-1) (also deft.)
MILFORD PRODUCTS CORPORATION
AMSTAR CORPORATION
Michael E. Husmann, Esquire
Michael, Best & Friedrich
250 East Wisconsin Avenue
Milwaukee, Wisconsin   53202

AMERICAN SAW & MANUFACTURING CO.
(A-2) (also deft.)
Janet Dore, Esquire
Morgan & Finnegan
345 Park Avenue
New York, New York   10154

ROBERT BOSCH POWER TOOL CORP. (A-3)
Lance W. Chandler, Esquire
Burns, Doane, Swecker & Mathis
George Mason Building
699 Prince Street
P.O. Box 1404
Alexandria, Virginia   22313

RULE INDUSTRIES, INC. (A-4)
Charles C. Winchester, Esquire
Fish & Richardson
One Financial Center
Suite 2500
Boston, Massachusetts   02111

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 754 -- IN RE AMERICAN SAW & MFG. COMPANY TRADEMARK LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| AMERICAN SAW & MFG. COMP. | A-1; A-2, A-3, A-4, |
| AMSTAR CORPORATION | A-2: |
| MILWAUKEE ELECTRICAL TOOL CORPORATION | A-2: |
| MILFORD PRODUCTS CORPORATION | A-2; |