DOCKET NO. 754

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERICAN SAW & MFG. COMPANY TRADEMARK LITIGATION

TRANSFER ORDER*

 This litigation presently consists of four actions pending in four districts as follows: one action each in the District of Massachusetts, Eastern District of New York, Eastern District of North Carolina and Eastern District of Wisconsin. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by American Saw & Mfg. Company (American Saw) to centralize these actions in the Eastern District of New York or alternatively the District of Massachusetts for coordinated or consolidated pretrial proceedings. All other parties oppose transfer; if the Panel deems centralization appropriate, opponents favor the District of Massachusetts as transferee forum.

 On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the District of Massachusetts will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the validity of American Saw's trademark of the color white for bi-metal reciprocating saw blades. Centralization under Section 1407 is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

 In selecting the District of Massachusetts as transferee district, we note that American Saw's and one other party's principal places of business are located there; that their witnesses and documents can be found there; and that witnesses and documents of additional parties are located in nearby Connecticut.

 IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Massachusetts be, and the same hereby are, transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable David S. Nelson for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL

Andrew A. Caffrey
Chairman

---

Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

MDL-754 -- In re American Saw & Mfg. Company Trademark Litigation

### Eastern District of Wisconsin

Milwaukee Electrical Tool Corporation v. American Saw & Mfg. Company, C.A. No. 87-C-1188

### Eastern District of New York

American Saw & Mfg. Company v. Amstar Corporation, et al., C.A. No. 87-3504(TCP)

### Eastern District of North Carolina

Robert Bosch Power Tool Corporation v. American Saw & Mfg. Company, C.A. No. 87-113-Civ-4

### District of Massachusetts

Rule Industries, Inc. v. American Saw & Mfg. Company, C.A. No. 87-2595-N